CHARLES WALZER, Respondent, v. JULIUS JOELSON et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. We think it preferable to allow the question raised concerning the Statute of Frauds to await trial. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *post*, p. 1142.]

ANGELO P. SERENI et al., Copartners Conducting the Practice of Law under the Name of SERENI & HERZFELD, Respondents, v. MAX SPIEGELSTEIN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

A & A COMPANY, INC., Appellant, v. ALOHA SHAW, Respondent.— Determination, so far as appealed from, affirmed, with costs and disbursements to the respondent. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.; Breitel, J., dissents and votes to modify on the authority of *Barrow Realty Corp.* v. *Village Brewery Restaurant* (272 App. Div. 262) and on the ground that there is no basis for distinction between residential statutory tenants as compared with business statutory tenants, or between the statutes applicable to them.

UNITY SHEET METAL WORKS, INC., Plaintiff, v. FARRELL LINES INCORPORATED, Defendant and Third-Party Plaintiff-Respondent. GEORGIANNA KNAPPEN, as Executrix of THEODORE T. KNAPPEN, Deceased, et al., Third-Party Defendants-Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID LEVINGTON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

OSWALD A. SCHLEGEL, Appellant, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor of ROSE G. STERN, Deceased, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

In the Matter of the Estate of ANONYMOUS, Deceased. ANONYMOUS, Appellant; ANONYMOUS, an Infant, by MARVIN J. ROSS, Special Guardian, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ. [204 Misc. 1045.] [See *post*, p. 1142.]

In the Matter of BLINKEY ENTERPRISES, INC. EUGENE L. SUGARMAN et al., Appellants; MURRAY KING et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.